IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KAYLENE THOMAS and<br>DENNIS THOMAS, Wife and Husband,<br><br>Plaintifsf,<br><br>vs.<br><br>WAL-MART STORES, INC.,<br>A Delaware Corporation,<br><br>Defendant. | Case No. 8:04CV609<br><br>**ORDER** |

THIS MATTER came before the court for a Rule 16 planning conference. Appearing telephonically were Thomas White, plaintiff's counsel, and John Marsh, defendant's counsel. After reviewing the status of the case and by the agreement of counsel for the parties,

**IT IS ORDERED:**

1. The Clerk is directed to docket the case for trial in North Platte, Nebraska.

2. The Rule 16 planning conference is continued to **August 22, 2005 at 1:30 p.m.,** before the undersigned magistrate judge in his chambers, Suite 2210, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. At least one day in advance, counsel who wish to participate by telephone should so notify opposing counsel, and then chambers, at (402) 661-7340.

Dated this 10th day of June 2005.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge