## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **KAYLENE THOMAS AND DENNIS THOMAS, Wife and Husband,** | ) ) ) | |
| **Plaintiffs,** | ) ) | **8:04CV609** |
| vs. | ) ) | **ORDER** |
| **WAL-MART STORES, INC, a Delaware Corporation,** | ) ) ) ) | |
| **Defendant.** | ) | |

THIS MATTER is before the court on the plaintiffs' Motion for Enlargement of Time (Filing No. 32) requesting an extension of time to allow plaintiff to file a Disclosure of Expert Witnesses designating plaintiff's treating physician. Opposing counsel advised the court that there was no objection, and the court finds that plaintiffs' Motion should be granted.

**IT IS THEREFORE ORDERED** that the Plaintiffs' Motion is granted and the Disclosure of Expert Witnesses designating treating physicians shall be filed and served by January 20, 2006.

**DATED January 18, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**