IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KAYLENE THOMAS and DENNIS THOMAS, | ) ) ) | |
| Plaintiffs, | ) ) | 8:04cv609 |
| vs. | ) ) | ORDER |
| WAL-MART STORES, INC., | ) ) | |
| Defendant. | ) | |

This matter is before the court on its own motion, to reschedule the final pretrial conference.

**IT IS ORDERED:**

1. The Final Progression Order [27] is amended **only** to reschedule the date and time of the final pretrial conference.

2. The final pretrial conference currently set for August 28, 2006 at 1:30 p.m. is rescheduled to **Tuesday, August 22, 2006, at 11:00 a.m.,** before the undersigned magistrate judge.

3. If this new date creates a conflict for counsel, please contact opposing counsel and the court at (402) 661-7340 to reschedule.

Dated this 3rd day of March 2006.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge